# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| CHICAGO TITLE OF TEXAS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:26-cv-00487-DGK |
| | ) | |
| CTZE, LLC, CARA IDA PITTMAN, | ) | |
| UMB BANK, N.A., CROSS RIVER BANK, | ) | |
| and CUSTOMERS BANCORP, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| -And- | ) | |
| | ) | |
| UMB BANK, N.A. | ) | |
| | ) | |
| Counterclaimant, | ) | |
| Crossclaimant, and | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CHICAGO TITLE OF TEXAS, LLC, | ) | |
| | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| CTZE, LLC, and CARA IDA PITTMAN, | ) | |
| | ) | |
| Crossclaim Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| 2862–2874 FULTON STREET, LLC, and | ) | |
| SANOCKI NEWMAN AND TURRET LLP | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## <u>ORDER</u>

Defendant UMB Bank, N.A., ("UMB") has filed an interpleader action as a counterclaim,

crossclaim, and third-party complaint in this fraud case to determine the rightful owners of funds

1

initially wired into an account owned by one of its account holders, CTZE, LLC ("CTZE"). *See* ECF No. 22.

On August 10, 2026, Third-Party Defendant Sanocki Newman and Turret LLP ("SNT") emailed a letter to the Court informing it that Chicago Title of Texas, LLC ("Chicago Title"), UMB, Third-Party Defendant 2862–2874 Fulton Street, LLC ("Fulton Street"), and SNT have agreed among themselves that UMB should transfer $422,219.94 from the CTZE account ending in 0050 to SNT. SNT attached an email chain between the parties confirming this agreement. Also on August 10, 2026, counsel for Fulton Street emailed a letter to the Court acknowledging this agreement and consenting to the transfer of the funds to SNT.

The Court appreciates the parties' good-faith efforts to resolve this portion of UMB's interpleader efficiently. However, this is a Court of record, and the Court can resolve this issue only when all parties have made an appearance on the record and memorialized their views on the record. Accordingly, Chicago Title, UMB, SNT, and Fulton Street are ORDERED to file either (1) a stipulation to the parties' agreement regarding a transfer of funds from the UMB account ending in 0500 in the name of CTZE, LLC; or (2) some other motion to which the interested parties can respond on the record.

**IT IS SO ORDERED.**

Date:   August 12, 2026    　　　　　　　　　　/s/ Greg Kays
　　　　　　　　　　　　　　　　　　GREG KAYS, JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT